WR-32,388-02
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/13/2016 11:04:25 AM
Accepted 6/13/2016 11:10:44 AM
ABEL ACOSTA
CLERK

IN THE COURT OF CRIMINAL APPEALS
FOR THE STATE OF TEXAS
AUSTIN, TEXAS

RECEIVED
COURT OF CRIMINAL APPEALS
6/13/2016
ABEL ACOSTA, CLERK

EX PARTE §
§
§ NO. WR-32,388-02
§
§
WILLIAM ALAN KENNEDY §

WRIT NO. C-4-010655-1203407-A
TRIAL NO. 1203407D

| EX PARTE § | IN THE CRIMINAL DISTRICT |
| § | |
| § | COURT NUMBER FOUR |
| § | |
| WILLIAM ALAN KENNEDY § | TARRANT COUNTY TEXAS |

## APPLICANT'S OBJECTIONS TO
## TRIAL COURT ORDER

**TO THE HONORABLE JUDGES OF SAID COURT:**

**NOW COMES** the Applicant, WILLIAM ALAN KENNEDY, and submits

these Objections to the Order of the Trial Court entered May 26, 2015, adopting the

State's Proposed Memorandum, Findings of Fact and Conclusions of Law and

recommending that Applicant's writ application be denied:

I.

The trial court has entered no independent findings or conclusions and engaged

in no analysis of the arguments raised in this writ application. It is the duty of the trial court to issue its own findings and make its own decision and not to simply let the state make the decision for the court.

## II.

Applicant filed a lengthy Memorandum in Support of Application for Writ of Habeas Corpus along with his writ application. The arguments contained within that memorandum were thoroughly researched and presented to the court. Applicant re-urges those arguments as part of his objections to the trial court's order.

WHEREFORE, PREMISES CONSIDERED, Applicant prays that the Court of Criminal Appeals grant his requested relief.

Respectfully submitted,

GARY A. UDASHEN
State Bar of Texas No. 20369590

SORRELS, UDASHEN & ANTON
2311 Cedar Springs Road
Suite 250
Dallas, Texas 75201
214-468-8100
214-468-8104 fax

Attorney for Applicant

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, hereby certify that a true and correct copy of the foregoing Applicant's Objections to Trial Court Order was electronically to the Tarrant County District Attorney's Office, on this the 13th day of June, 2016.

_____
GARY A. UDASHEN